**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**             **Case No. 3:05-CR-30091-NJR-1**

**AJA L. BLOUNT,**

     **Defendant.**

## <u>ORDER</u>

**ROSENSTENGEL, Chief Judge:**

  Pending before the Court is a Motion for Early Termination of Supervised Release filed by Defendant Aja L. Blount. (Doc. 151). Blount seeks the early termination of an 8-year period of supervised release after serving nearly three years of his term. (*Id.*). Neither the U.S. Probation Office nor the Government oppose the motion. (Doc. 153).

  Under 18 U.S.C. § 3583(e)(1), "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

  Here, Blount has served more than one year of his term of supervised release. Furthermore, Blount's conduct warrants early termination of his supervised release. Blount reports that he attended barber's college while in a halfway house, graduated,

passed the state exam, and now owns and operates his own barber's shop (Doc. 151). He also has steered clear of alcohol and drugs, despite his prior problem with substance abuse, and he owes no fines or restitution. (*Id.*).

After considering Blount's motion and the 18 U.S.C. § 3553(a) factors, the Court finds that early termination of his supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Early Termination of Supervised Release filed by Defendant Aja L. Blount (Doc. 151) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

DATED:   April 8, 2021

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**